UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA M.,[1]<br><br>                    Plaintiff,<br><br>          v.<br><br>Commissioner of Social Security<br>Administration,<br><br>                    Defendant. | CASE NO. 2:25-cv-05604-PA-MAR<br><br>JUDGMENT |

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Report and Recommendation.

DATED:  May 19, 2026

_____
PERCY ANDERSON
United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.